# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2005

Clifford W. Taylor,
Chief Justice

124994-5(69)(73)(75)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JOHANNA WOODARD, Individually and as
Next Friend of AUSTIN D. WOODARD,
a Minor, and STEVEN WOODARD,
      Plaintiffs-Appellees
      and Cross-Appellants,

v

JOSEPH R. CUSTER, M.D.,
      Defendant-Appellant
      and Cross-Appellee,

and

MICHAEL K. LIPSCOMB, M.D.,
MICHELLE M. NYPAVER, M.D., and
MONA M. RISKALLA, M.D.,
      Defendants.

SC: 124994
COA: 239868
Washtenaw CC: 99-005364-NH

_____

JOHANNA WOODARD, Individually and as
Next Friend of AUSTIN D. WOODARD,
a Minor, and STEVEN WOODARD,
      Plaintiffs-Appellees
      and Cross-Appellants,

v

UNIVERSITY OF MICHIGAN MEDICAL
CENTER,
      Defendant-Appellant
      and Cross-Appellee.

SC: 124995
COA: 239869
Court of Claims: 99-017432-CM

_____

On order of the Chief Justice, the motions by the American Board of Pediatrics, the American Board of Medical Specialists and the Michigan State Medical Society for leave to file briefs *amicus curiae* are considered and they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2005

_____
Clerk